*Beatrice Rosenberg* for the United States.

No. 119. TI TI PEAT HUMUS CO., INC. *v.* WIRTZ, SECRETARY OF LABOR. C. A. 4th Cir. Certiorari denied. *Huger Sinkler* for petitioner. *Solicitor General Marshall, Charles Donahue, Bessie Margolin* and *Robert E. Nagle* for respondent.

No. 120. EDWARDS, EXECUTOR *v.* PHILLIPS, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *Barnabas F. Sears* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Jeanine Jacobs* for respondent.

No. 124. ESTATE OF BERRY ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Charles D. Savage, Thomas A. Roach* and *Robert D. Larsen* for petitioners. *Solicitor General Marshall* and *Assistant Attorney General Rogovin* for respondent.

No. 126. MURRAY ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Scott P. Crampton, Stanley Worth* and *Joseph A. McMenamin* for petitioners. *Solicitor General Marshall* and *Assistant Attorney General Rogovin* for respondent.

No. 133. KOLOD ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Edward Bennett Williams, Harold Ungar* and *W. H. Erickson* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 134. PHILLIPS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *R. Eugene Pincham, Charles B. Evins, Earl E. Strayhorn* and *Sam Adam* for petitioner. *Solicitor General Marshall, Assistant Attorney General*